| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **White Wine & Butter Catering, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2559071** |
| 4. | **Debtor's address** | **Principal place of business**  **250 Mill Street**  **Taylors, SC 29687**  Number, Street, City, State & ZIP Code  **Greenville**  County | **Mailing address, if different from principal place of business**  **P.O. Box 128**  **Greer, SC 29652**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.whitewineandbutter.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **White Wine & Butter Catering, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7223**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **White Wine & Butter Catering, LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**    ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **White Wine & Butter Catering, LLC** _____ Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **White Wine & Butter Catering, LLC** | Case number (*if known*) |
| | Name | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 3, 2025**
                MM / DD / YYYY

X **/s/ Michael Sibert**                                **Michael Sibert**
Signature of authorized representative of debtor         Printed name

Title    **Sole Member & Manager**

**18. Signature of attorney**

X **/s/ Robert Pohl**                                Date **January 3, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert Pohl 80001**
Printed name

**POHL BANKRUPTCY, LLC**
Firm name

**8 West McBee Avenue
Suite 215
Greenville, SC 29601**
Number, Street, City, State & ZIP Code

Contact phone   **864-233-6294**        Email address   **Robert@POHLPA.com**

**80001 SC**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **White Wine & Butter Catering, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cheney Brothers, Inc.**<br>**195 Business Park Drive**<br>**Statesville, NC 28677** | | **Vendor Supplies** | | | | **$25,000.00** |
| **Fox Funding Group, LLC**<br>**803 South 21st Avenue**<br>**Hollywood, FL 33020** | | **Business Loan** | | **$71,500.00** | **$0.00** | **$71,500.00** |
| **Funding Metrics, LLC**<br>**dba Lendini**<br>**3220 Tillman Drive Suite 200**<br>**Bensalem, PA 19020** | | **Business Loan** | | **$84,000.00** | **$0.00** | **$84,000.00** |
| **Greenville County Redevelopment Authorit**<br>**301 University Ridge Suite 2500**<br>**Greenville, SC 29601** | | **Business Loan** | | **$19,000.00** | **$0.00** | **$19,000.00** |
| **Performance Foodservice - Midlands**<br>**11531 SC-34**<br>**Newberry, SC 29108** | | **Vendor Supplies** | | | | **$9,000.00** |
| **Pinnacle Bank**<br>**150 Third Avenue South**<br>**Suite 900**<br>**Nashville, TN 37201** | | **Business Loan** | | **$41,000.00** | **$0.00** | **$41,000.00** |

# United States Bankruptcy Court
## District of South Carolina

In re **White Wine & Butter Catering, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Cortez Sibert<br>25 Walker Springs Road<br>Taylors, SC 29687 | Membership Interests | 100% | Voting & Distributional |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member & Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 3, 2025**

Signature **/s/ Michael Sibert**
**Michael Sibert**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
C T CORPORATION, AS REPRESENTATIVE
330 NORTH BRAND BLVD.
SUITE 700
ATTN: SPRS
GLENDALE CA 91203


CHENEY BROTHERS, INC.
195 BUSINESS PARK DRIVE
STATESVILLE NC 28677


CITY OF GREENVILLE
BUSINESS LICENSES
P.O. BOX 2207
206 S. MAIN STREET
GREENVILLE SC 29602


COMMUNITYWORKS
PO BOX 17826
GREENVILLE SC 29606


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703


FOX FUNDING GROUP, LLC
803 SOUTH 21ST AVENUE
HOLLYWOOD FL 33020


FUNDING METRICS, LLC
DBA LENDINI
3220 TILLMAN DRIVE
SUITE 200
BENSALEM PA 19020


GREENVILLE COUNTY REDEVELOPMENT AUTHORIT
301 UNIVERSITY RIDGE
SUITE 2500
GREENVILLE SC 29601


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601
```

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


LIEN SOLUTIONS
P.O. BOX 29071
GLENDALE CA 91209-9071


MICHAEL SIBERT
25 WALKER SPRINGS ROAD
TAYLORS SC 29687-3518


NCS UCC SERVICES GROUP
729 MINER ROAD
CLEVELAND OH 44143-5256


PERFORMANCE FOODSERVICE - MIDLANDS
11531 SC-34
NEWBERRY SC 29108


PINNACLE BANK
150 THIRD AVENUE SOUTH
SUITE 900
NASHVILLE TN 37201


S.C. DEPARTMENT OF REVENUE AND TAXATION
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


SAMANTHA M. AUPIED
25 WALKER SPRINGS ROAD
TAYLORS SC 29687-3518


SAMUEL LINDSAY CARRINGTON
408 EAST NORTH STREET
GREENVILLE SC 29601-0556


SC DEW
DOCUMENT CONTROL-BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995
```

```
U.S. FOODS, INC.
800 FOOD SERVICE DRIVE
FORT MILL SC 29715
```

# United States Bankruptcy Court
## District of South Carolina

In re  **White Wine & Butter Catering, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **White Wine & Butter Catering, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 3, 2025** | **/s/ Robert Pohl** |
| Date | **Robert Pohl 80001** |
| | Signature of Attorney or Litigant |
| | Counsel for  **White Wine & Butter Catering, LLC** |
| | **POHL BANKRUPTCY, LLC** |
| | **8 West McBee Avenue** |
| | **Suite 215** |
| | **Greenville, SC 29601** |
| | **864-233-6294 Fax:864-558-5291** |
| | **Robert@POHLPA.com** |